SKINNER, Respondent, v. GRAY, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by William Skinner against Milton C. Gray. N. Smith, for appellant. F. W. Mattocks, for respondent. No opinion. Judgment affirmed, with costs.

---

In re SMITH. (Supreme Court, Appellate Division, Second Department. March 4. 1904.) In the matter of the application of John Gilpatric Smith for admission to the bar. No opinion. Application granted.

SMITH, Respondent, v. BALDWIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Walter S. Smith against Kate L. Baldwin, William T. Munson, and Smith Lent, as administrators of Frederick A. Munson, deceased. No opinion. Judgment affirmed, with costs.

---

SMITH v. DUNN et al. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Thomas A. Smith against Thomas J. Dunn and others. No opinion. Motion granted, without costs.

SNEAD, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Ella J. Snead against the Metropolitan Street Railway Company. M. J. Blumenthal, for appellant. C. F. Brown, for respondent. No opinion. Order affirmed, with costs.

---

SNEAD v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by Ella J. Snead against the Metropolitan Street Railroad Company. No opinion. Motion denied.

---

SPAHN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Charles Spahn against the Interurban Street Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SPALDING, Respondent, v. SUPREME COUNCIL, ROYAL TEMPLARS OF TEMPERANCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Sarah A. Spalding against the Supreme Council, Royal Templars of Temperance, and others.

PER CURIAM. Judgment modified, so as to provide that there be paid out of the fund to the appellants, Mary Jane Beadle and Ira E. Huie, the sum of $198.50, dues and assessments paid by them to the association upon the certificate, and also to the defendant Ira E. Huie the sum of $500 as beneficiary under the original policy or certificate, and the remainder of the $2,000 to the plaintiff, and, as so modified, affirmed, without costs of this appeal to either party.

SPLAIN, Appellant, v. UTICA GAS & ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by John Splain against the Utica Gas & Electric Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the question of defendant's negligence was one of fact for the jury; also held, that the plaintiff was not barred from recovery by reason of the fact that he did not own the fee of the land upon which the tree stood. See Donohue v. Keystone Gas Co. (decided by this court at present term) 85 N. Y. Supp. 478.

---

SPOR, Appellant, v. GRAU, Respondent. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by George Spor against Frederick W. Grau. No opinion. Motion denied.

STANDARD TRUST CO., Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by the Standard Trust Company, as executor of the last will and testament of Alfred M. Perrin, deceased, against the New York Central & Hudson River Railroad Company and others. No opinion. Motion denied. Execution stayed for 20 days, in order to give the appellants opportunity to apply to a judge of the Court of Appeals for leave to appeal to that court, if so advised.

---

STATE BOARD OF PHARMACY, Respondent, v. RUNYON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by the State Board of Pharmacy against Walter A. Runyon and Charles A. Cannon. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

STERN, Respondent, v. WABASH R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Isaac L. Stern against the Wabash Railroad Company. H. A. Rubino, for appellant. J. A. Arnold, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

STEVENSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Robert Stevenson against the city of New York. J. M. Ward, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

---

STIRLING v. KELLEY. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Catharine Stirling against Bridget Kelley. No opinion. Motion for leave to appeal to the Court of Appeals granted. Questions to be certified to the court to be settled by and before SPRING, J., upon two days' notice.